UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 26-293 PA (AJRx) | Date | April 23, 2026 |
|---|---|---|---|
| Title | Bassam Saddlah Jamil v. D. Marin, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS — COURT ORDER

Petitioner Bassam Saddlah Jamil ("Petitioner") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") on January 1, 2026. Petitioner filed a Consent to Proceed before a United States Magistrate Judge on April 22, 2026. (Docket No. 24.) Accordingly, pursuant to 28 U.S.C. § 636(c), this matter shall proceed before the assigned Magistrate Judge.

IT IS SO ORDERED.