**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BASSAM SADDLAH JAMIL,<br><br>Petitioner,<br><br>v.<br><br>D. MARIN, ET AL.,<br><br>Respondents. | Case No. 5:26-cv-00293-AJR<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DKT. 25)** |

On April 23, 2026, the undersigned U.S. Magistrate Judge issued a Report and Recommendation in this habeas action. (Dkt. 25.) On April 22, 2026, Petitioner consented to proceed before the undersigned U.S. Magistrate Judge for all purposes. (Dkt. 24.) On April 23, 2026, the District Judge approved of the case proceeding before the undersigned U.S. Magistrate Judge. (Dkt. 26.) On April 24, 2026, Respondents consented to proceed before the undersigned U.S. Magistrate Judge for all purposes. (Dkt. 27.) Now that the Court has authority to enter final judgment in the case, (Dkt. 28), the Court adopts the findings, conclusions, and recommendations in the Report and Recommendation. (Dkt. 25.)

IT IS ORDERED that the Petition is GRANTED to the extent it challenges Petitioner's continued detention under 8 U.S.C. § 1231(a)(6), on the ground that Petitioner's detention has become prolonged and removal is not reasonably foreseeable.  Petitioner's claim regarding revocation of his Order of Supervision is DENIED WITH PREJUDICE.  Petitioner's claim regarding third-country removal is DENIED WITHOUT PREJUDICE.  Respondents shall immediately release Petitioner on his prior Order of Supervision and shall file a notice of compliance within twenty-four hours of entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   April 24, 2026

_____

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2