JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BASSAM SADDLAH JAMIL, | Case No. 5:26-cv-00293-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| D. MARIN, ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

\\

\\

IT IS HEREBY ADJUDGED that the Petition is GRANTED to the extent it challenges Petitioner's continued detention under 8 U.S.C. § 1231(a)(6), on the ground that Petitioner's detention has become prolonged and removal is not reasonably foreseeable.  Petitioner's claim regarding revocation of his Order of Supervision is DENIED WITH PREJUDICE.  Petitioner's claim regarding third-

country removal is DENIED WITHOUT PREJUDICE.  Respondents shall immediately release Petitioner on his prior Order of Supervision and shall file a notice of compliance within twenty-four hours.

DATED:   April 24, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2